UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DORIS FINCH, *pro se*,

                Plaintiff,

   -against-

XPERT REMODELING,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
11-CV- 1689 (DLI)

       An Order of Honorable Dora L. Irizarry United States District Judge, having been filed on April 20, 2011, dismissing the complaint without prejudice to re-file in state court; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

       ORDERED and ADJUDGED that the complaint is dismissed without prejudice to re-file in state court; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
        April 21, 2011

/( RCH
_____
ROBERT C. HEINEMANN
Clerk of Court